UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
TERRE HAUTE DIVISION

| | |
|---|---|
| LEONARDO JESUS REYES RODRIGUEZ,  )<br>  )<br>Petitioner,  )<br>  )<br>v.  )<br>  )<br>BRISON SWEARINGEN,  )<br>SAMUEL OLSEN,  )<br>TODD LYONS,  )<br>KRISTI NOEM,  )<br>PAMELA JO BONDI,  )<br>  )<br>Respondents.  ) | No. 2:26-cv-00005-JPH-MKK |

**ORDER DIRECTING CLERK TO ISSUE AMENDED FINAL JUDGMENT**

The Court granted Petitioner's petition for a writ of habeas corpus on January 13, 2026, and issued final judgment that same day. Dkts. 13, 14. The final judgment, however, did not specify the relief that was awarded. *See Johnson v. Acevedo*, 572 F.3d 398, 400 (7th Cir. 2009). Accordingly, **the clerk is directed** to issue an amended final judgment consistent with the Court's order granting the petition.

**SO ORDERED.**

Date: 1/22/2026

*James Patrick Hanlon*
James Patrick Hanlon
United States District Judge
Southern District of Indiana

Distribution:

All Electronically Registered Counsel