UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
TERRE HAUTE DIVISION

| | | |
|---|---|---|
| LEONARDO JESUS REYES RODRIGUEZ | ) | |
| | ) | |
| Petitioner, | ) | |
| | ) | |
| v. | ) | No. 2:26-cv-00005-JPH-MKK |
| | ) | |
| BRISON SWEARINGEN, | ) | |
| SAMUEL OLSEN, | ) | |
| TODD LYONS, | ) | |
| KRISTI NOEM, | ) | |
| PAMELA JO BONDI, | ) | |
| | ) | |
| Respondents. | ) | |

**ENTRY GRANTING PETITIONER'S MOTION TO WITHDRAW**

On January 16, 2026, Petitioner filed an emergency motion to enforce judgment. *See* dkt. 16. The next day, he filed a motion to withdraw the emergency motion on the grounds that the issue had been addressed and is now moot. *See* dkt. 17. Accordingly, Petitioner's motion to withdraw the emergency motion to enforce judgment, dkt. [17], is **granted** to the extent that the clerk is directed to withdraw Docket No. 16 from the docket in this matter.

**SO ORDERED.**

Date: 1/23/2026

*James Patrick Hanlon*
James Patrick Hanlon
United States District Judge
Southern District of Indiana

Distribution:

All electronically registered counsel

1